Filing # 82325380 E-Filed 12/19/2018 09:52:25 AM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DAMARIS MENDOZA,

    Plaintiff,

vs.

CASE NUMBER:
DIVISION:

WAL-MART STORES EAST, LP
a Foreign Profit Corporation,

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, DAMARIS MENDOZA, by and through the undersigned counsel and files this legal action against Defendant, WAL-MART STORES EAST, LP, a Foreign Profit Corporation, (hereinafter "WAL-MART"), and alleges:

1. This is an action for damages that exceeds $15,000.00 exclusive of costs and attorney fees.

2. At all times material hereto the Plaintiff, DAMARIS MENDOZA, was a resident of Clearwater, Pinellas County, Florida.

3. At all times material hereto, Defendant, WAL-MART, is a Florida corporation authorized to and doing business in Pinellas County, Florida.

4. On December 2, 2017 the Plaintiff, DAMARIS MENDOZA, was injured as a result of a fall that occurred at WAL-MART located at 1803 North Highland Avenue, Clearwater, Pinellas County, Florida.

5. Venue is appropriate in Pinellas County, Florida because the events leading to this action occurred in Clearwater, Pinellas County, Florida.

6. At all times material to this case, Defendant, WAL-MART, owned, leased,

EXHIBIT "A"

or otherwise controlled Store #4667 located in Pinellas County, at 1803 North Highland Avenue, Clearwater, Pinellas County, Florida.

7. At all times material to this case, Plaintiff, DAMARIS MENDOZA, was legally upon said premises as a customer and as a member of the general public who was expressly or implicitly invited as a business invitee upon said premises for the benefit of WAL-MART.

8. At said time and place, Defendant, WAL-MART, by and through its agent, servants and/or employees acting within the scope and course of such agency, service or employment, carelessly and negligently maintained said premises when Plaintiff, DAMARIS MENDOZA, slipped and fell on a transitory substance on the floor.

### COUNT I
### PLAINTIFF, DAMARIS MENDOZA, CLAIM OF NEGLIGENCE AGAINST DEFENDANT, WAL-MART STORES EAST, LP

9. Plaintiff, DAMARIS MENDOZA, re-alleges paragraphs 1 through 8 as if each were set forth fully herein.

10. Defendant, WAL-MART STORES, owed the Plaintiff, DAMARIS MENDOZA, a duty to exercise reasonable care to reduce, minimize, or eliminate foreseeable risks before they manifest themselves as dangerous conditions on its premises.

11. At said time and place, Defendant, WAL-MART STORES, by and through its agent, servants and/or employees acting within the scope and course of such agency, service or employment, carelessly and negligently maintained said premises which resulted in Plaintiff, DAMARIS MENDOZA, suddenly and unexpectedly slipped and fell on a transitory substance that was allowed to remain on the floor of the premises.

12. Defendant, WAL-MART STORES, breached its duty of care owed to the Plaintiff, DAMARIS MENDOZA, by:

    a) Failing to warn the Plaintiff, DAMARIS MENDOZA, a business invitee, of the dangerous condition associated with the transitory substance which was allowed to remain on the floor;

    b) Failing to warn the Plaintiff, DAMARIS MENDOZA, a business invitee, that due to their employees' improper inspection and maintaining of the floor, it would create a hazardous condition associated with the transitory substance on the floor;

    c) Failing to warn the Plaintiff, DAMARIS MENDOZA, a business invitee, of the transitory substance on the floor in the area where the accident occurred, which was solely created and caused by Defendant, WAL-MART STORES, negligence; and

    d) Failing to maintain the property and/or premises in a reasonably safe condition; and

    e) Failing to properly provide training to their employees regarding the proper maintenance and inspection of floors, so as to prevent transitory substances to accumulate on the floors, which causes danger to invitees such as the Plaintiff, DAMARIS MENDOZA.

13. The negligent condition was known or had existed for a sufficient length of time so that the Defendant, WAL-MART STORES, knew or should have known of it.

14. As a direct and proximate result of Defendant, WAL-MART STORES's, negligent acts and/or omissions, Plaintiff, DAMARIS MENDOZA, suffered bodily injury

EXHIBIT "A"

.resulting in pain and suffering, permanent aggravation of a pre-existing condition, disfigurement, disability, mental anguish and loss of the capacity for the enjoyment of life. Additionally, as a direct and proximate result of such Plaintiff has incurred expenses of hospitalization, and medical and nursing care and treatment. These losses are either permanent or continuing in nature, and the Plaintiff, DAMARIS MENDOZA, will suffer these losses in the future.

**WHEREFORE**, the Plaintiff, DAMARIS MENDOZA, demands judgment against the Defendant, WAL-MART STORES, in excess of Fifteen Thousand and 00/100 ($15,000.00) Dollars, exclusive of costs and interest and any other relief this Honorable Court deems appropriate.

### JURY TRIAL DEMAND

The Plaintiff, DAMARIS MENDOZA, hereby requests a jury trial on all issues so triable.

Dated this 19th day of December, 2018.

>By: */s/ Jonathan Sanclemente, Esq.*
>**JONATHAN SANCLEMENTE, ESQUIRE (FBN: 0113397)**
>The Pendas Law Firm
>816 W Dr. Martin Luther King Jr. Blvd.
>Tampa, Florida 33603
>Phone: (813) 868-6981
>Fax: (813) 982-3037
>Primary: jsanclemente@pendaslaw.com
>Secondary: koverstreet@pendaslaw.com

EXHIBIT "A"