UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAMARIS MENDOZA,                                                    CASE NO.: 8:19-cv-208-T-27AAS

Plaintiff,
vs.

WAL-MART STORES EAST, L.P.,
Defendant.
_____/

### PLAINTIFF'S NOTICE OF SETTTLEMENT

PLEASE TAKE NOTICE that the Plaintiff, DAMARIS MENDOZA, and the Defendant, WAL-MART STORES EAST, L.P., have reached a mutually agreeable settlement in the above-styled matter. The parties will file a Joint Stipulation for Dismissal with Prejudice in the near future.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18th, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF to Nicia C. Mejia, Esquire, nmejia@hamiltonmillerlaw.com, Jerry D. Hamilton, Esquire, jhamilton@hamiltonmillerlaw.com; Schuyler A. Smith, Esquire, ssmith@hamiltonmillerlaw.com; Cynthia M. Dennen, Esquire, cdennen@hamiltonmillerlaw.com, Hamilton, Miller & Birthisel, LLP, LLP, 100 S. Ashley Drive, Suite 1210, Tampa, Florida 33602, CBBserve@hamiltonmillerlaw.com, *Counsel for Defendant, Wal-Mart Stores East, LP*

/s/ Danilo Cruz-Cariño, Esquire
**DANILO CRUZ-CARIÑO, ESQUIRE (FBN:** 0113298**)**
The Pendas Law Firm
816 W Dr. Martin Luther King Jr. Blvd.
Tampa, Florida 33603
Phone:  (813) 868-6981
Fax:  (813) 982-3037
Primary: dcruz@pendaslaw.com
Secondary: churtado@pendaslaw.com